# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

KLA-TENCOR CORPORATION

v.

FUJITSU LIMITED and FUJITSU
MICROELECTRONICS AMERICA, INC.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

C08-01254

E-filing    ADR    PVT

TO: (Name and address of defendant)

Fujitsu Limited, Japan

Fijitsu Microelectronics America Inc., 1250 E. Arques Ave., M/S 333, Sunnyvale, California 94088

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Howrey LLP
525 Market Street
Suite 3600
San Francisco California 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAR - 4 2008
DATE

CYNTHIA LENAHAN
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE |
| Name of SERVER     TITLE |
| *Check one box below to indicate appropriate method of service* |
| ☐    Served Personally upon the Defendant. Place where served: |
| ☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. <br> Name of person with whom the summons and complaint were left: |
| ☐    Returned unexecuted: |
| ☐    Other *(specify):* |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct. |
| Executed on _____     _____ <br>                 Date                         Signature of Server <br><br>                                      _____ <br>                                      Address of Server |
| (1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure |