UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and<br>FUJITSU MICROELECTRONICS<br>AMERICA, INC.,<br><br>*Plaintiffs and*<br>*Counterclaim-Defendants*,<br><br>-against-<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>*Defendants and*<br>*Counterclaim-Plaintiffs*.<br><br>NANYA TECHNOLOGY CORP. and<br>NANYA TECHNOLOGY CORP. U.S.A.,<br><br>*Third-Party Plaintiff*,<br><br>-against-<br><br>KLA-TENCOR CORPORATION,<br><br>*Third-Party Defendant*. | Case No.  4:06-CV-06613 (CW) (JCS)<br>　　　　　4:07-CV-03672 (CW)<br>　　　　　4:08-CV-01254 (CW)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO [265] DEFENDANTS' REPLY IN SUPPORT OF ITS OBJECTIONS TO CNS**<br><br>Date:　　(none)<br>Time:<br>Location:　Courtroom 2, 4th Floor |

On this date, the Court considered Plaintiffs' Motion for Leave to File Sur-Reply to [265] Defendants' Reply in Support of Its Objections To CNS. After careful consideration, the Court is of the opinion that Plaintiffs' Motion should be GRANTED.

Accordingly, it is hereby ORDERED that Plaintiffs' Motion for Leave to File Sur-Reply to [265] Defendants' Reply in Support of Its Objections To CNS shall be filed.

IT IS SO ORDERED.

3/20/08

*[signature: Claudia Wilken]*

Claudia Wilken
United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO [265] DEFENDANTS' REPLY IN SUPPORT OF ITS OBJECTIONS TO CNS**
4:06-CV-06613 (CW)