1  Henry C. Bunsow (SBN 060707)
   bunsowh@howrey.com
2  K.T. Cherian (SBN 133967)
   cheriank@howrey.com
3  Robert M. Harkins, Jr. (SBN 179525)
   harkinsr@howrey.com
4  Vinay V. Joshi (SBN 213487)
   joshiv@howrey.com
5  HOWREY LLP
   525 Market Street, Suite 3600
6  San Francisco, California  94105
   Telephone:  (415) 848-4900
7  Facsimile:  (415) 848-4999

8  Attorneys for Third-Party
   KLA-Tencor Corporation

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12  FUJITSU LIMITED and FUJITSU            ) Case No. 4:06-CV-06613 (CW) (JCS)
    MICROELECTRONICS AMERICA, INC.         )          4:07-CV-03672 (CW)
13                                         )          4:08-CV-01254 (CW)
                                           )
14             Plaintiffs,                 ) **STIPULATED MOTION AND [PROPOSED]**
                                           ) **ORDER TO ADD KLA-TENCOR AS A**
15        vs.                              ) **PARTY TO THE PROTECTIVE ORDER**
                                           )
16  NANYA TECHNOLOGY CORP. and NANYA       )
    TECHNOLOGY CORP. U.S.A.                ) **Date: (none)**
17                                         ) **Time:**
               Defendants.                 ) **Location: Courtroom 2, 4th Floor**
18  NANYA TECHNOLOGY CORP. and NANYA       )
    TECHNOLOGY CORP. USA                   )
19                                         )
                                           )
20          Third-Party Plaintiff,         )
                                           )
21        vs.                              )
                                           )
22  KLA-TENCOR CORPORATION,                )
                                           )
23                                         )
             Third-Party Defendant.        )
24

25

26

27

28

**HOWREY LLP**

STIPULATED MTN & [PROPOSED] ORDER TO ADD
KLA-TENCOR TO THE PROTECTIVE ORDER
Case Nos. 4:06-CV-06613, 4:07-CV-03672, 4:08-CV-01254 (CW)

DM_US:21190702_1

1    Cross-Defendant KLA-Tencor Corporation ("KLA-Tencor"), Plaintiffs Fujitsu Limited and

2   Fujitsu Microelectroincs America, Inc., and Defendants Nanya Technology Corp. and Nanya

3   Technology Corp. USA hereby stipulate and agree that KLA-Tencor shall be added as a Party to the

4   protective order in this case (Dkt. No. 77).

5

6   DATED: April 25, 2008            HOWREY LLP

7                                    By: /s/                                    .
                                     Robert M. Harkins
8                                    Counsel for Third-Party Defendant
                                     KLA-Tencor Corp.
9

10  DATED: April 25, 2008            MILBANK, TWEED, HADLEY & MCCLOY LLP

11                                   By: /s/                                    .
                                     Michael M. Murray
12                                   Counsel for Plaintiffs Fujitsu Limited and
                                     Fujitsu Microelectronics America, Inc.
13

14

15  DATED: April 25, 2008            SHORE CHAN BRAGALONE LLP

16                                   By: /s/                                    .
                                     Alfonso G Chan
17                                   Counsel for Third-Party Plaintiffs
                                     Nanya Technology Corp. and
18                                   Nanya Technology Corp. U.S.A.

19

20  PER STIPULATION, IT IS SO ORDERED.

21  Dated:

22                                   _____

23                                   HONORABLE CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

24

25

26

27

28

HOWREY LLP   STIPULATED MTN & [PROPOSED] ORDER TO ADD          1
             KLA-TENCOR TO THE PROTECTIVE ORDER
             Case Nos. 4:06-CV-06613, 4:07-CV-03672, 4:08-CV-01254 (CW))

             DM_US:21190702_1