Henry C. Bunsow (SBN 060707)
bunsowh@howrey.com
K.T. Cherian (SBN 133967)
cheriank@howrey.com
Robert M. Harkins, Jr. (SBN 179525)
harkinsr@howrey.com
Vinay V. Joshi (SBN 213487)
joshiv@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Third-Party
KLA-Tencor Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.<br><br>Defendants. | Case No. 4:06-CV-06613 (CW) (JCS)<br>4:07-CV-03672 (CW)<br>4:08-CV-01254 (CW)<br><br>**STIPULATED MOTION AND ORDER TO ADD KLA-TENCOR AS A PARTY TO THE PROTECTIVE ORDER**<br><br>**Date: (none)**<br>**Time:**<br>**Location: Courtroom 2, 4th Floor** |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. USA<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>KLA-TENCOR CORPORATION,<br><br>Third-Party Defendant. | |

HOWREY LLP

STIPULATED MTN & [PROPOSED] ORDER TO ADD
KLA-TENCOR TO THE PROTECTIVE ORDER
Case Nos. 4:06-CV-06613, 4:07-CV-03672, 4:08-CV-01254 (CW)

DM_US:21190702_1

1  Cross-Defendant KLA-Tencor Corporation ("KLA-Tencor"), Plaintiffs Fujitsu Limited and
2  Fujitsu Microelectroincs America, Inc., and Defendants Nanya Technology Corp. and Nanya
3  Technology Corp. USA hereby stipulate and agree that KLA-Tencor shall be added as a Party to the
4  protective order in this case (Dkt. No. 77).

6  DATED: April 25, 2008            HOWREY LLP

7                                   By: /s/                          .
                                     Robert M. Harkins
8                                    Counsel for Third-Party Defendant
                                     KLA-Tencor Corp.

10 DATED: April 25, 2008            MILBANK, TWEED, HADLEY & McCLOY LLP

11                                  By: /s/                          .
                                     Michael M. Murray
12                                   Counsel for Plaintiffs Fujitsu Limited and
                                     Fujitsu Microelectronics America, Inc.

15 DATED: April 25, 2008            SHORE CHAN BRAGALONE LLP

16                                  By: /s/                          .
                                     Alfonso G Chan
17                                   Counsel for Third-Party Plaintiffs
                                     Nanya Technology Corp. and
18                                   Nanya Technology Corp. U.S.A.

20 PER STIPULATION, IT IS SO ORDERED.

21 Dated:  4/30/08

                                     _____
23                                   HONORABLE CLAUDIA WILKEN
                                     UNITED STATES DISTRICT JUDGE

STIPULATED MTN & [PROPOSED] ORDER TO ADD         1
KLA-TENCOR TO THE PROTECTIVE ORDER
Case Nos. 4:06-CV-06613, 4:07-CV-03672, 4:08-CV-01254 (CW))

DM_US:21190702_1