| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 060707) |
| | bunsowh@howrey.com |
| 2 | K.T. Cherian (SBN 133967) |
| | cheriank@howrey.com |
| 3 | Robert M. Harkins (SBN 179525) |
| | harkinsr@howrey.com |
| 4 | Vinay V. Joshi (SBN 213487) |
| | joshiv@howrey.com |
| 5 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 6 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 7 | Facsimile: (415) 848-4999 |
| 8 | Attorneys for KLA-Tencor Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KLA-TENCOR CORP., | ) Case No. C08-01254 (CW) |
| Plaintiff, | ) **CERTIFICATE OF SERVICE** |
| vs. | ) |
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC. | ) |
| Defendants. | ) |

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

On June 30, 2008, I served on the interested parties in said action the within:

**FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below.

HOWREY LLP

CERTIFICATE OF SERVICE

DM_US:21315923_1

|   |   |
|---|---|
| 1 | Michael Murray, Esq. |
| 2 | **Milbank, Tweed, Hadley & McCloy LLP** |
|   | 1 Chase Manhattan Plaza |
| 3 | New York, NY  10005 |
|   | Telephone:  212.530.5000 |
| 4 | Facsimile:   212.822.5796 |
|   | Mmurray@milbank.com |

*Attorneys for Defendants*
*Fujitsu Limited and Fujitsu Microelectronics America, Inc.*

☒ (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ (EMAIL/ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the submission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 30, 2008, at San Francisco, California.


|  Erika R. Eberline  |  /s/*Erika R. Eberline*  |
|---|---|
| (Type or print name) | (Signature) |

**HOWREY LLP**

-2-

CERTIFICATE OF SERVICE

DM_US:21315923_1