MILBANK, TWEED, HADLEY & McCLOY LLP
Mark C. Scarsi (SBN 183926)
Chris L. Holm (SBN 249388)
601 South Figueroa Street, 30th Floor
Los Angeles, CA   90017-5735
Telephone:  (213) 892-4000
Facsimile:  (212) 822-5796
F-N-wg@milbank.com

Attorneys for Defendants,
FUJITSU LIMITED and
FUJITSU MICROELECTRONICS AMERICA, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| KLA-Tencor Corporation,<br><br>*Plaintiff*,<br><br>-against-<br><br>FUJITSU LIMITED and<br>FUJITSU MICROELECTRONICS<br>AMERICA, INC.<br><br>*Defendants*. | Case No.   4:08-CV-01254 (CW)<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Defendant <u>Fujitsu Limited</u> is a publicly traded company whose shares are listed on the Tokyo Stock Exchange, as well as the Osaka, Nagoya, Frankfurt, London and Swiss exchanges.

Defendant Fujitsu Limited wholly owns Defendant <u>Fujitsu Microelectronics America. Inc</u>.

1
2
                                                          Respectfully submitted,

3  Dated:  July 1, 2008          By:          /s/

MILBANK, TWEED, HADLEY & MCCLOY LLP
Mark C. Scarsi (SBN 183926)
Chris L. Holm (SBN 249388)
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone:   (213) 892-4000
Facsimile:   (212) 822-5796
F-N-wg@milbank.com

*Attorneys for Defendants*
FUJITSU LIMITED and FUJITSU
MICROELECTRONICS AMERICA, INC.


MILBANK, TWEED, HADLEY & MCCLOY LLP
Christopher E. Chalsen
Michael M. Murray
Lawrence T. Kass
1 Chase Manhattan Plaza
New York, NY 10005
Telephone:   (212) 530-5000
Facsimile:   (212) 822-5796
F-N-wg@milbank.com

*Of Counsel for Defendants*
FUJITSU LIMITED and FUJITSU
MICROELECTRONICS AMERICA, INC.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
4:08-CV-01254 (CW)