| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND DIVISION | |
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC., <br><br>        Plaintiffs,<br><br>  -against-<br><br>NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>        Defendants. | Case No.  4:06-CV-06613 (CW)<br>            4:07-CV-03672 (CW)<br>            4:08-CV-01254 (CW)<br><br>**ORDER CONSOLIDATING CASES** |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>        Cross-Plaintiffs,<br><br>  -against-<br><br>KLA-TENCOR CORP.<br><br>        Cross-Defendant. | |
| KLA-TENCOR Corp.,<br><br>        Plaintiff,<br><br>  -against-<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>        Defendants. | |

On July 1, 2008, Fujitsu Limited and Fujitsu Microelectronics America, Inc. (collectively "Fujitsu") filed an Administrative Motion to Consolidate Case 4:08-CV-01254 (CW) with cases 4:06-CV-06613 (CW) and 4:07-CV-03672 (CW), which the Court has previously related and consolidated. Fujitsu's Administrative Motion acknowledges that the DJ Case and the Fujitsu/Nanya Consolidated Case concern substantially the same parties, property, transaction or event.

Having considered the pleadings, the Court finds that consolidation is in the interest of judicial convenience, with no potential for delay as the cases are already on the same schedule. Further, there will be no confusion or prejudice caused by consolidation.

**All further documents shall be filed in C-06-6613 CW.**

IT IS SO ORDERED.

7/16/08

Dated: _____

_____
CLAUDIA WILKEN
United States District Judge

LA1:#6383539

- 1 -
**[PROPOSED] ORDER CONSOLIDATING CASES** 4:06-CV-06613 (CW)