UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>    *Plaintiffs*,<br><br>  -against-<br><br>NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>    *Defendants*. | Case No.  4:06-CV-06613 (CW) (JCS)<br>              4:07-CV-03672 (CW)<br>              4:08-CV-01254 (CW)<br><br>**ORDER <mark>CONFIRMING</mark> DUE DATE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT [4:08-CV-01254 DKT NO. 16]** |
| NANYA TECHNOLOGY CORP. and NANYA TECHNOLOGY CORP. U.S.A.,<br><br>    *Third-Party Plaintiff*,<br><br>  -against-<br><br>KLA-TENCOR CORPORATION,<br><br>    *Third-Party Defendant*. | |
| KLA-TENCOR CORPORATION,<br><br>    *Plainitff,*<br><br>  -against-<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.,<br><br>    *Defendants.* | |

[PROPOSED] ORDER CHANGING DUE DATE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT 4:06-CV-06613 (CW)

1  Having considered the Stipulated Request for an Order to Change the Due Date for
2  Plaintiffs' Reply in Support of Plaintiffs' Motion to Dismiss Complaint, the court has determined
3  the requested extension of time should **not** be granted.  The Reply due date for Fujitsu's Motion
4  to Dismiss Complaint is **two weeks before the motion is heard to give the Court sufficient**
5  **time to consider it**.
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7
8  7/24/08
9  Dated: _____      _____
10                              HONORABLE CLAUDIA WILKEN
                                UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER CHANGING DUE DATE FOR PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO DISMISS COMPLAINT 4:06-CV-06613 (CW)