**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

KLA-TENCOR CORPORATION,

     Plaintiff,

  v.

FUJITSU LIMITED ET AL,

     Defendant.

NO. C 08-01254 CW

**MINUTE ORDER**
Date: 8/7/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill     Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
K.T. Cherian; Robert Harkins
Winston O. Huff (for Nanya)

**Appearances for Defendant:**
Michael Murray

**Motions:**

| | | |
|---|---|---|
| Dfts. Fijitsu Limited and Fijitsu Microelectronics America, Inc. | mo. to dismiss KLA's complaint for declaratory judgment and, in the alternative, for a more definite statement | Granted without prejudice |

Further briefing due:
Order to be prepared by:  Court

Notes:  Motion granted; dismissal is without prejudice.

Copies to:  Chambers