IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>FUJITSU LIMITED, et al.,<br><br>    Defendants.<br>_____/ | No. 08-01254 CW<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

    On July 16, 2008, the above-captioned case was consolidated for all further proceedings with C-06-6613 CW, <u>Fujitsu Limited, et al. v. Nanya Technology Corp, et al</u>. Accordingly,

    IT IS HEREBY ORDERED that:

    There appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

    Nothing contained in this Order shall be considered a dismissal or disposition of this action, and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this Order had not been entered.

Dated: 8/11/08

_____
CLAUDIA WILKEN
United States District Judge