IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLA-TENCOR CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FUJITSU LIMITED and FUJITSU MICROELECTRONICS AMERICA, INC.<br><br>　　　　Defendants.<br>_____/ | No. C 08-01254 CW<br>**(CONSOLIDATED WITH C-06-6613 CW)**<br><br>JUDGMENT |

　　For the reasons set forth in this Court's Order Granting Fujitsu's Motion to Dismiss KLA-Tencor's Complaint,

　　IT IS ORDERED AND ADJUDGED

　　That Plaintiff KLA-Tencor Corporation take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

　　Dated at Oakland, California, this 12th day of August, 2008.

　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　*Sheilah Cahill*
　　　　　　　　　　　　　　By:　_____
　　　　　　　　　　　　　　　　　　SHEILAH CAHILL
　　　　　　　　　　　　　　　　　　Deputy Clerk